___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
                  COUNSEL/PARTIES OF RECORD

JUN 24, 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:19-cr-00078-RFB-NJK |
| Plaintiff, | |
| v. | **WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |
| James Henry Hernandez, Jr. | |
| Defendant. | |

I understand that I have a right to appear in person in court at the initial appearance and detention hearings in this case scheduled for June 24, 2020. I have been advised of the nature of these proceedings and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

 _/s/ James Henry Hernandez, Jr._  6/24/2020

Defendant's Signature                    (date)

_Sylvia A. Irvin_          6/24/2020          _____  6/24/2020

Signature of Defendant's Attorney    (date)          Judge's Signature                    (date)

 Sylvia A. Irvin, AFPD          6/24/2020          RICHARD F. BOULWARE, II  U.S. District Judge

Printed Name of Defendant's Attorney          Judge's Printed Name and Title