RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for James Henry Hernandez, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HENRY HERNANDEZ, JR.,<br><br>Defendant. | Case No. 2:19-cr-00078-RFB-NJK<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Heidi, Assistant Federal Public Defender, counsel for James Henry Hernandez, Jr., that the Status Conference Hearing currently scheduled on May 12, 2021 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Additional time will allow Mr. Hernandez to work on his sobriety and allow the parties additional time to work toward resolving this case.

2. The defendant is not incarcerated and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Status Conference hearing.

DATED this 7th day of May 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JAMES HENRY HERNANDEZ, JR.,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00078-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Status Conference hearing currently scheduled for May 12, 2021 at 2:00 p.m., be vacated and continued to June 15, 2021 at the hour of 9:00 a.m.; or to a time and date convenient to the court.

DATED this 8th day of May 2021.

　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE